NVB 9037–1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–14616–nmc |
| | CHAPTER 7 |
| ROBIN LINUS LEHNER and DONYA TINA LEHNER,<br>Debtor(s) | |
| | Adversary Proceeding: 23–01073–nmc |
| ALIYA GROWTH FUND, LLC – SERIES X<br>Plaintiff(s) | NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION |
| vs | |
| ROBIN LINUS LEHNER<br>ROBERT ATKINSON<br>42055 Dawn Road LLC<br>Westridge Property Management, LLC<br>Defendant(s) | |

**NOTICE IS GIVEN** that a transcript has been filed on April 10, 2024 as referenced in the following document:

*66* – Transcript regarding Hearing Held on 3/26/24. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number (855) 873–2223. Purchasing Party: Melissa Rodriguez. Redaction Request Due By 05/1/2024. Redacted Transcript Submission Due By 05/13/2024. Transcript access will be restricted through 07/9/2024. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is May 1, 2024.

If a Request for Redaction is filed, the redacted transcript is due May 13, 2024. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is July 9, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 4/10/24

*Mary A Schott*

Mary A. Schott
Clerk of Court